**O'Brien, Belland & Bushinsky, LLC**
509 S. Lenola Road, Building 6
Moorestown, New Jersey 08057
(856) 795-2181
By:   Steven J. Bushinsky, Esquire
        W. Daniel Feehan, Esquire
        *Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **TRUSTEES OF THE IBEW LOCAL 400 WELFARE, PENSION, ANNUITY, SUPPLEMENTAL, and JOINT APPRENTICESHIP TRAINING FUNDS, et al.,**<br>*Plaintiffs,*<br>v.<br>**SOLAR-MITE ELECTRICAL CONTRACTORS, INC.**<br>*Defendant.* | Civil Action No. 18-3535(JMV-CLW)<br><br>**ORDER ENTERING CONSENT JUDGMENT** |

This matter having been opened to the court by W. Daniel Feehan, Esquire of O'Brien, Belland & Bushinsky, LLC, and the court having reviewed the petition for entry of Consent Judgment and Judgment; and it appearing that Defendant, Solar-Mite Electrical Contractors, Inc., has not complied with the Settlement Agreement by failing to make any payments and failing to remain current in fringe benefit contributions in accordance therewith; and for good cause shown:

**IT IS ON THIS** 27th day of June, 2019,

**ORDERED** that the said Consent Judgment is hereby entered in favor of

Plaintiffs, Trustees of the IBEW Local 400 Welfare Fund, *et. al.*, and against Defendant, Solar-Mite Electrical Contractors, Inc., in the amount of **$110,082.44** which is inclusive of interest and liquidated damages as provided by law and to include additional interest thereon less payments received; and

**IT IS FURTHER ORDERED and ADJUDGED** that this Court will retain active jurisdiction over this matter.

_____
John Michael Vazquez, U.S.D.J.