**O'BRIEN, BELLAND & BUSHINSKY, LLC**
509 S. Lenola Road, Building 6
Moorestown, New Jersey 08057
(856) 795-2181
*Attorneys for Plaintiff(s)*
By:   Steven J. Bushinsky, Esquire
      W. Daniel Feehan, Esquire

| | |
|---|---|
| Trustees of the IBEW Local 400 Welfare, Pension, Annuity, Supplemental, and Joint Apprenticeship Training Funds for and on behalf of themselves and said Funds, and the Board of Trustees, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>Solar-Mite Electrical Contractors, Inc.<br><br>*Defendant.* | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>Civil Action No.: 18-3535(JMV-CLW)<br><br>**NOTICE OF MOTION FOR TURNOVER OF FUNDS** |

TO:   Columbia Bank
      245 Talmadge Road
      Edison, NJ 08817

Danielle Cohen, Esquire
Tesser & Cohen, Attorneys at Law
946 Main Street
Hackensack, New Jersey 07601
*Attorney for defendant*

**PLEASE TAKE NOTICE** that on September 3, 2019, or as soon thereafter as the matter may be heard, Plaintiff will move the Court for an Order Compelling Columbia Bank, Garnishee herein, to turn over all funds in the account of the Defendant, Solar-Mite Electrical Contractors, Inc. that were levied via Plaintiff's Writ of Execution.

**PLEASE TAKE FURTHER NOTICE** that the undersigned will rely upon the annexed Certification of Counsel and supporting documents.

Dated: 8/6/19

O'BRIEN, BELLAND & BUSHINSKY, LLC
*Attorneys for Plaintiffs*
By: _____
W. DANIEL FEEHAN, ESQUIRE